UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                  CASE NO.: 3:21-bk-02849-JAF
                                                                        Chapter 7
LUISA GUTIERREZ,

           Debtor.
_____

**TRUSTEE'S APPLICATION TO EMPLOY EUGENE H. JOHNSON
OF JOHNSON LAW FIRM, P.A. AS ATTORNEY FOR THE ESTATE**

The Application of Aaron R. Cohen, as Trustee, shows:

1. Applicant is the qualified and acting Trustee for the Estate having been appointed pursuant to §701 of Bankruptcy Code 11 U.S.C. §701(a).

2. The estate wishes to employ Eugene H. Johnson assist the Trustee in liquidating real property and any ancillary matters that may arise.

3. Applicant wishes to employ Eugene H. Johnson as attorney pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure to prosecute the claim on behalf of the estate. The trustee has selected this attorney because he is experienced in proceedings of this type and has the knowledge and expertise to effectively and efficiently represent the estate's interests.

4. At this time the amount of the ultimate recovery to the estate is unknown, but the trustee estimates that it will be in excess of $3,000.00.

5. The law firm is qualified within the meaning of the provisions of §327(a)-(f) of the Bankruptcy Code and is disinterested within the meaning of §101(14) of the Bankruptcy Code.

6. The law firm and the Trustee have agreed that the attorneys shall seek

compensation at the firm's normal hourly rates.  At the present time, the hourly rate for Mr. Johnson is $375.00, and the hourly rate of his associate, Lauren Box, is $275.00.

7. The law firm understands that it must file an application for fees and reimbursement of out-of-pocket expenses, and that such fee application is subject to the approval of the Court pursuant to Section 330 of the Bankruptcy Code.

/s/ Aaron R. Cohen

**AARON R. COHEN**
Post Office Box 4218
Jacksonville, Florida 32201
(904) 389-7277; Fax (904) 389-7273
acohenservice@gmail.com
Florida Bar I.D. No.  558230
Chapter 7 Trustee

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by United States Mail on this 18th day of February, 2022 the following: Luisa Gutierrez, 7901 Baymeadows Circle E, #397, Jacksonville, FL 32256; Eugene H. Johnson, Esquire, 100 N. Laura Street, Suite 701, Jacksonville, FL 32202; and by CM/ECF electronic notice to Leanne Perez, Esquire; and the United States Trustee.

/s/ Aaron R. Cohen

Attorney

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

**In re:**

                                      **CASE NO.: 21-02849-JAF**

**LUISA GUTIERREZ,**

    **Debtor.**

_____/

### <u>DECLARATION OF ATTORNEY</u>

    I, Eugene H. Johnson, Esq., declare as follows:

    1.    I am an attorney licensed by the State of Florida.

    2.    I have read the application to employ me as attorney and believe that I am qualified to represent the estate in connection with the matter described in the application.

    3.    I have agreed to accept employment as attorney for the Trustee. I am aware that, under § 328(a), Bankruptcy Code, the Trustee, with the Court's approval, may employ a professional person on any reasonable terms and conditions. I am also aware, however, that notwithstanding such terms and conditions, the Court must approve and award the amount of compensation and may allow compensation different from the compensation requested and that I must file a fee application with the Court.

    4.    I am also aware, pursuant to § 330(2) of the Bankruptcy Code, the Court may, on its own motion or on the motion of the United States Trustee for the District or Region, the Trustee for the estate, or any other party in interest, award compensation that is less than the amount of compensation that is requested.

    5.    I also understand that any proceeds recovered on behalf of the estate must be turned over to the Trustee and that I must then file a fee application with the Clerk of the Bankruptcy Court; that the Trustee will pay whatever fee the court awards after entry of an order

authorizing the payment; and that customarily, such fee applications are considered at the conclusion of the bankruptcy case.

      6.     I also understand that, before consummation of any settlement, it must be approved by the United States Bankruptcy Court.

      7.     I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

I declare under penalty that the foregoing is true and correct.

Dated: February 18, 2022

Eugene H. Johnson, Esq.
Florida Bar No. 0032105
Johnson Law Firm, P.A.
100 N. Laura Street, Suite 701
Jacksonville, FL 32202
Telephone (904) 652-2400
Facsimile (904) 652-2401
E-mail: ehj@johnsonlawpa.com

Copies to:

United States Trustee
Aaron R. Cohen, *Chapter 7 Trustee*