ORDERED.

**Dated:  July 29, 2022**

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

**CASE NO.: 3:21-bk-02849-JAF**

**LUISA GUTIERREZ,**

**Debtor.**

_____/

**CONSENT ORDER SUSTAINING, IN PART,**
**OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS**

This case is before the Court upon the Objection to Debtor's Claim of Exemptions filed on February 18, 2022 (the "Objection") (Doc. No. 11) by Aaron R. Cohen, Chapter 7 Trustee (the "Trustee").  Upon the agreement of the Trustee and the Debtor, Luisa Gutierrez (the "Debtor"), it is hereby **ORDERED**:

1.  The Trustee's Objection is **SUSTAINED**, in part, as more fully set forth herein.

2.  The Debtor shall be prohibited from claiming any exemptions in or to the real property known as 25-19 97th Street, East Elmhurst, New York  11369 (the "Property") and which Property is legally described as:

All that certain plot, piece or parcel of land, with all the buildings and improvements thereon erected, situate, lying and being in the Borough of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Easterly side of 97th Street (40th Street), distant 174 feet Southerly from the corner formed by the intersection of the said Easterly side of 97th Street and the Southerly side of 25th Avenue (Shurs Avenue), as said street and avenue are laid out on a map entitled, "Map of Property at East Elmhurst, Second Ward, Borough of Queens, New York City, surveyed April 28, 1925 for the Estate of Mary Jones by Wm. L. Savocool" and filed on June 3, 1925 in the Office of the Clerk of the County of Queens as Map No. 4687, and from said point of beginning.

RUNNING THENCE Easterly parallel with 25th Avenue and part of the distance through a party wall, 97 feet 6 inches;

THENCE Southerly parallel with 97th Street, 18 feet;

THENCE Westerly parallel with 25th Avenue and part of the distance through a party wall, 97 feet 6 inches to the Easterly side of 97th Street;

THENCE Northerly along said side of 97th Street, 18 feet to the point or place of BEGINNING.

TOGETHER with the benefits and subject to the burdens of a certain Declaration of Easement recorded in Liber 2975 Page 367.

3.      The Property is property of the estate pursuant to 11 U.S.C. § 541 for which the Trustee may use, sell or lease pursuant to 11 U.S.C. § 363. The Trustee is authorized to sell the Property at public auction or private sale. Whatever funds the Trustee may recover from the Property, including but not limited to any rental proceeds and/or security deposit received from or related to the Property, shall be considered property of the estate pursuant to 11 U.S.C. § 541, for which the Trustee may use, sell or lease pursuant to 11 U.S.C. § 363, and the Debtor shall not be entitled to exempt the Property or any of proceeds of the Property. The Debtor is deemed to have waived any and all rights to object to or oppose any compromise of claims or the terms of sale the Trustee may reach with any third parties with respect to the Property. The Debtor shall execute whatever documents as may be reasonably necessary to assist the Trustee in the sale of the Property, including but not limited to, whatever documents may be necessary to resolve insurance

claims or title issues related to the Property.  Any funds received from the sale of the Property shall

be allocated to the Property and shall become property of the bankruptcy estate, and shall be

distributed according to the Bankruptcy Code.

    4.    The Trustee's remaining Objections to Exemptions are **OVERRULED**.

The parties have consented to the form and entry of this Order by the Bankruptcy Court.

**JOHNSON LAW FIRM, P.A.**

_____
Eugene H. Johnson, Esq.
Florida Bar No. 0032105
Lauren W. Box, Esq.
Florida Bar No. 0106242
100 North Laura Street, Suite 701
Jacksonville, Florida 32202
(904) 652-2400
ehj@johnsonlawpa.com
lauren@johnsonlawpa.com

*Attorneys for Aaron R. Cohen,*
*Chapter 7 Trustee*

**LEANNE PEREZ, P.A.**

_____
Leanne Perez, Esq.
Florida Bar No. 544582
4600 Touchton Road E., Suite 150
Jacksonville, Florida 32246
(904) 990-3066
perezleanneesq@gmail.com

*Attorney for Debtor*

    *Filer's Attestation:  Pursuant to Local Rule 1001-2(g)(3) regarding*
*signatures, Eugene H. Johnson, Esq. attests that concurrence in the filing*
*of this paper has been obtained.*

Attorney Eugene H. Johnson, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.